# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00140-CR

**Juan Geraldo Marmolejo, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
NO. CR-03-0104, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Juan Geraldo Marmolejo seeks to appeal from a judgment of conviction for endangering a child. The trial court has certified that Marmolejo waived his right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   June 24, 2005

Do Not Publish